UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE Y. GARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00977-YGR (PR)<br><br>**ORDER** |

　　Plaintiff has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983.  Dkt. 1 at 5.

　　The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

　　IT IS SO ORDERED.

Dated: March 27, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge