UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVE GARRISON, | No. 15-cv-977 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GOVERNOR BROWN; et al., | |
| Defendants. | |
| _____/ | |

On April 2, 2015, mail was sent from the court to plaintiff at the only address he provided to the court and was returned undelivered on April 13, 2015, marked "return to sender" and "NIC," which is an abbreviation for "not in custody." (ECF No. 10.) Three more pieces of mail sent from the court to plaintiff were returned undelivered and stamped "Not In Custody," (ECF Nos. 11, 12 and 14.) Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail first was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is

returned as not deliverable and the *pro se* party fails to send a current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
LAUREL BEELER
United States Magistrate Judge